■ In the Matter of PAGE AIRWAYS, INC., Petitioner, Appellant, against TOWN BOARD OF THE TOWN OF CHILI, MONROE COUNTY, et al., Respondents.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Monroe Special Term denying an application of petitioner for an order reviewing an order of the Chili Town Board and to

amend said order to exclude petitioner's property from the Chili Water District.)  Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.